**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JEFFERSON LI, JOSEPH DIAZ, DAMIEN DE
FAZIO, and SEAN CUMMINGS,

                    Plaintiffs,

        -against-                           25 **CIVIL** 1408 (KPF)

                                              **JUDGMENT**

DAVID HINK,

                    Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 6, 2026, the Governments motion to

substitute the United States as Defendant and to dismiss for lack of subject matter jurisdiction is

GRANTED. The Court dismisses the action without prejudice for lack of subject matter

jurisdiction.  Accordingly, the case is closed.

**Dated:** New York, New York

        February 10, 2026

                                      **TAMMI M. HELLWIG**

                                    _____

                                      **Clerk of Court**

        **BY:**

                                    _____

                                      **Deputy Clerk**